## ANNE M. BRADLEY *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31183) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Anne M. Bradley,* pro se, in support of the petition.

Decided October 28, 2009